People v Mohamed (2021 NY Slip Op 50177(U))

[*1]

People v Mohamed (Zameer)

2021 NY Slip Op 50177(U) [70 Misc 3d 143(A)]

Decided on March 5, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 5, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2018-909 Q CR

The People of the State of New York,
Respondent,
against
Zameer Mohamed, Appellant. 

Appellate Advocates (Anna Kou of counsel), for appellant.
Queens County District Attorney (Johnnette Traill and Christopher Blira-Koessler of counsel),
for respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Queens County
(Toni M. Cimino, J.), rendered April 19, 2017. The judgment convicted defendant, upon his plea
of guilty, of criminal contempt in the second degree, and imposed sentence. Assigned counsel
has submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave
to withdraw as counsel.

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez,
47 NY2d 606 [1979]).
WESTON, J.P., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 5, 2021